The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>MAURICIO ROMERO MARIA,<br><br>　　　　Defendant. | No. CR23-047 RSM<br><br>ORDER GRANTING UNOPPOSED MOTION TO CONTINUE TRIAL AND PRETRIAL MOTIONS DEADLINE |

This matter comes before the Court upon motion of defendant, Mauricio Romero Maria, for a continuance of the trial and the pretrial motions due date.  The government, by AUSA Andy Colasurdo, does not oppose the request for a continuance.  The Court has considered the facts set forth in the motion and the records and files herein, and FINDS as follows:

　　　1.　　　That the ends of justice will be served by ordering a continuance in this case, that a continuance is necessary to ensure adequate time for effective case preparation and that these factors outweigh the best interests of the public and defendant in a speedy trial.

　　　2.　　　A failure to grant the continuance would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, within the meaning of 18 U.S.C. § 3161(h)(7)(B)(iv).  In addition, the failure to grant a continuance in the

ORDER GRANTING UNOPPOSED MOTION TO
CONTINUE TRIAL
(*Mauricio Romero Maria*; No. CR23-047 RSM) - 1

BLACK & ASKEROV, PLLC
705 Second Avenue, Suite 1111
Seattle, WA  98104
206.623.1604 | Fax:  206.658.2401

proceeding would likely result in a miscarriage of justice, within the meaning of 18 U.S.C. § 3161(h)(7)(B)(i).

3.  The ends of justice will be served by ordering a continuance in this case, as a continuance is necessary to ensure adequate time for the defense to review discovery and effectively prepare for trial.  All of these factors outweigh the best interests of the public and defendant in a more speedy trial, within the meaning of 18 U.S.C. § 3161(h)(7).

IT IS THEREFORE ORDERED that the trial date shall be continued to December 18, 2023, and that the pretrial motions deadline is reset to November 9, 2023.

IT IS FURTHER ORDERED that the resulting period of delay from the filing of the motion to continue to the new trial date is hereby excluded for speedy trial purposes under 18 U.S.C. § 3161(h)(7)(A) and (h)(7)(B)(iv).

DONE this 1st day of May, 2023.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Presented by:

BLACK & ASKEROV, PLLC

Christopher Black
Attorney for Mauricio Romero Maria

ORDER GRANTING UNOPPOSED MOTION TO CONTINUE TRIAL
(*Mauricio Romero Maria*; No. CR23-047 RSM) - 2

BLACK & ASKEROV, PLLC
705 Second Avenue, Suite 1111
Seattle, WA 98104
206.623.1604 | Fax: 206.658.2401