The Honorable Ricardo S. Martinez

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MAURICIO ROMERO MARIA,<br><br>Defendant. | No. CR23-047 RSM<br><br>ORDER GRANTING UNOPPOSED MOTION TO EXTEND PRETRIAL MOTIONS DEADLINE |

This matter comes before the Court upon Defendant's unopposed motion to extend the pretrial motions deadline by one week. The Court has considered the facts set forth in the motion, and the records and files herein, and hereby GRANTS the motion. The Court ORDERS that the pretrial motions deadline in this matter is extended by one week, from January 25, 2024 to February 1, 2024. All pretrial motions must be filed on or before February 1, 2024.

Done this 26th day of January, 2024.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

///

///

///

ORDER GRANTING UNOPPOSED MOTION TO
EXTEND PRETRIAL MOTIONS DEADLINE
(*Mauricio Romero Maria*; No. CR23-047 RSM) - 1

Black & Askerov, PLLC
705 Second Avenue, Suite 1111
Seattle, WA 98104
206.623.1604 | Fax: 206.658.2401

1  Respectfully submitted,

2  BLACK & ASKEROV, PLLC

3

4  _____

5  Christopher Black
   Attorney for Mauricio Romero Maria

ORDER GRANTING UNOPPOSED MOTION TO
EXTEND PRETRIAL MOTIONS DEADLINE
(*Mauricio Romero Maria*; No. CR23-047 RSM) - 2

Black & Askerov, PLLC
705 Second Avenue, Suite 1111
Seattle, WA  98104
206.623.1604 | Fax:  206.658.2401