The Honorable Ricardo S. Martinez

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>MAURICIO ROMERO MARIA,<br><br>    Defendant. | No. CR23-047 RSM<br><br>ORDER GRANTING STIPULATED MOTION TO CONTINUE TRIAL AND PRETRIAL MOTIONS DEADLINE |

This matter comes before the Court upon motion of defendant, Mauricio Romero Maria, for a continuance of the trial and the pretrial motions due date. The government, by AUSAs Andy Colasurdo and Vince Lombardi, stipulate to the continuance. Mr. Romero Maria agrees with the continuance request and has signed a waiver of his right to a speedy trial to accommodate it.

The Court has considered the facts set forth in the motion and based on those facts FINDS as follows:

1.   The ends of justice will be served by ordering a continuance in this case; a continuance is necessary to ensure adequate time for effective case preparation; and these factors outweigh the best interests of the public and defendant in a speedy trial.

2.   A failure to grant the continuance would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, within the

ORDER GRANTING STIPULATED MOTION TO
CONTINUE TRIAL
(*Mauricio Romero Maria*; No. CR23-047 RSM) - 1

Black & Askerov, PLLC
705 Second Avenue, Suite 1111
Seattle, WA  98104
206.623.1604 | Fax:  206.658.2401

meaning of 18 U.S.C. § 3161(h)(7)(B)(iv).  In addition, a failure to grant the continuance would deny counsel for the government continuity of counsel, within the meaning of 18 U.S.C. § 3161(h)(7)(B)(iv).  Finally, the failure to grant a continuance in the proceeding would likely result in a miscarriage of justice, within the meaning of 18 U.S.C. § 3161(h)(7)(B)(i).

3. The ends of justice will be served by ordering a continuance in this case, as a continuance is necessary to ensure adequate time for the defense to review discovery and effectively prepare for trial, and to provide the government continuity of counsel.  All of these factors outweigh the best interests of the public and defendant in a more speedy trial, within the meaning of 18 U.S.C. § 3161(h)(7).

IT IS THEREFORE ORDERED that the trial date shall be continued to September 16, 2024, and that the pretrial motions deadline is reset to August 1, 2024.

IT IS FURTHER ORDERED that the resulting period of delay from the filing of the motion to continue to the new trial date is hereby excluded for speedy trial purposes under 18 U.S.C. § 3161(h)(7)(A) and (h)(7)(B)(iv).

DONE this 20th day of February, 2024.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Presented by:

BLACK & ASKEROV, PLLC

*s/ Christopher Black*
Christopher Black
Attorney for Mauricio Romero Maria

ORDER GRANTING STIPULATED MOTION TO CONTINUE TRIAL
(*Mauricio Romero Maria*; No. CR23-047 RSM) - 2

Black & Askerov, PLLC
705 Second Avenue, Suite 1111
Seattle, WA  98104
206.623.1604 | Fax:  206.658.2401